**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | | |
|---|---|---|
| **JOSEPH P. CARSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-CV-615** |
| | ) | **(Phillips)** |
| **UNITED STATES SECURITIES AND** | ) | |
| **EXCHANGE COMMISSION,** | ) | |
| | ) | |
| **Respondent.** | ) | |


## JUDGMENT ON DECISION BY THE COURT


This case came before the court on the motion to dismiss the complaint filed by respondent, United States Securities and Exchange Commission. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the respondent's motion,

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is **GRANTED**; and that this action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of May 2010.


_____ s/ Patricia L. McNutt _____
Clerk of Court